JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYLONZO LEE ROBERTS, | NO. CV 21-3902-AH (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| B. CATES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED:  FEBRUARY 23, 2026



_____
ANNE HWANG
United States District Judge